# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TYLER CHRISTIAN ANDERSON,

    Plaintiff

v.

C.O. SHEEKS, et. al.,

    Defendants

Case No.: 3:20-cv-00143-MMD-WGC

**Order**

On October 14, 2021, the court issued an order to show cause (OSC) why this case should not be dismissed due to Plaintiff's failure to update his contact information and his refusal to participate in the Early Mediation Conference (EMC). (ECF No. 18.) This order was also returned as undeliverable, noting that Plaintiff is now housed at Ely State Prison (ESP). (ECF No. 19.) Plaintiff has still not filed updated contact information with the court as is required by Local Rule IA 3-1.

The Clerk is directed to **SEND** Plaintiff a copy of: (1) the court's screening order on the amended complaint (ECF No. 8), (2) the order setting the EMC (ECF No. 12), (3) Defendants' motion for an order to show cause (ECF No. 16); and (4) the court's OSC (ECF No. 18) to Plaintiff at ESP. The Clerk shall also send this Order to Plaintiff at ESP.

Plaintiff has **14 days** from the date of this order to file a response showing cause as to why sanctions, which may include dismissal of this action, should not be imposed as a result of Plaintiff's failure to file his updated contact information and refusal to participate in the EMC.

A failure to respond or give sufficient explanation for his failures may itself result in a recommendation of the imposition of sanctions, including dismissal of this action.

**IT IS SO ORDERED**.

Dated: November 8, 2021

_____
William G. Cobb
United States Magistrate Judge