UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TYLER CHRISTIAN ANDERSON,<br><br>                          Plaintiff,<br><br>    v.<br><br>C.O. SHEEKS, et al.,<br><br>                          Defendants. | 3:20-cv-00143-MMD-CSD<br><br>**ORDER RE: CHANGE OF ADDRESS** |

The court has received information via numerous undeliverable notices (ECF Nos. 54, 55, and 57) that Plaintiff may now be housed at High Desert State Prison. If so, Plaintiff is directed to immediately file a notice of change of address in accordance with LR IA 3-1.

This order shall be served upon Plaintiff in care of the High Desert State Prison and Ely State Prison.

**IT IS SO ORDERED.**

DATED: October 21, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1